# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>DARA S. O'CONNOR,<br>[DOB: 03/06/1996]<br><br>               Defendant. | Case No. 26-00214-01-CR-W-SRB<br><br>***Unlawful Possession of an Unregistered Firearms – Destructive Devices***<br>26 U.S.C. §§§ 5845(a)(8) and (f), 5861(d) and 5871<br>NMT: 10 Years Imprisonment<br>NMT: $250,000 Fine<br>NMT: 3 Years Supervised Release<br>Class C Felony<br>$100 Mandatory Special Assessment |

## INFORMATION

<u>THE UNITED STATES ATTORNEY CHARGES THAT:</u>

On or about February 12, 2026, in the Western District of Missouri, the defendant, **DARA S. O'CONNOR**, knowingly possessed firearms,[1] that is two destructive devices, commonly referred to as a Molotov cocktails, as defined in 26 U.S.C. § 5845(a)(8) and (f), that were not registered to her in the National Firearms Registration and Transfer Record, all in violation of Title 26, United States Code, Sections 5861(d) and 5871.

R. Matthew Price
United States Attorney

By   *William A. Alford III*

William A. Alford III
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

Dated:   May 7, 2026   _____

---

[1] Title 26, United States Code, Section 5845(a)(8) defines the term "firearm" to include a "destructive device." Title 26, United States Code, Section 5845(f) defines the term "destructive device" which includes an incendiary device.