# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

## CRIMINAL MINUTES - CHANGE OF PLEA

United States of America                    Case Number: 26-00214-01-CR-W-SRB
v.
DARA S. O'CONNOR                            Date:  May 7, 2026

Honorable Stephen R. Bough presiding at Kansas City, Missouri

Time commenced:  1:29 p.m.                    Time terminated: 1:42 p.m.

| Plaintiff | Appearances | Defendant |
|---|---|---|
| Trey Alford, AUSA | | J.R. Hobbs |

**PROCEEDINGS:**

Defendant appears to waive indictment and plead guilty to Count One of the Information.

X     Defendant sworn.
X     Court questions defendant regarding her physical and mental condition. Defendant advised of right to trial by jury, maximum and minimum terms of incarceration and fine ranges.
X     Waiver of Indictment filed.
X     Information filed.
X     Plea agreement filed.
X     Plea is accepted by the Court.
X     Court orders Presentence Investigation (PSI).
X     Defendant to remain on bond under all previously imposed conditions of release.

REMARKS: Sentencing is set for September 10, 2026, at 10:00 a.m.

Court Reporter: Gayle Wambolt                    Tracey D. Peters, Courtroom Deputy